*JACQUELINE M. JAMES, ESQ.*

| | | |
|---|---|---|
| THE JAMES LAW FIRM | USDC SDNY | T: (914) 358 6423 |
| 445 HAMILTON AVENUE | DOCUMENT | F: (914) 358 6424 |
| SUITE 1102 | ELECTRONICALLY FILED | JJAMES@JACQUELINEJAMESLAW.COM |
| WHITE PLAINS, NY 10601 | DOC #: _____ | JACQUELINEJAMESLAW.COM |
| | DATE FILED: __3/6/26__ | |

**MEMO ENDORSED**

February 4, 2026

Application GRANTED. SO ORDERED.

Barbara Moses
United States Magistrate Judge
March 6, 2026

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: 1:25-cv-10618-ALC-BCM; Plaintiff's Request for an Extension of Time Within Which to Effectuate Service on Defendant**

Dear Judge Carter,

The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This matter has been filed as a John Doe against the internet subscriber assigned the referenced IP address. Plaintiff respectfully requests an extension of the time within which to effectuate service on John Doe.

On December 22, 2025, Plaintiff filed the instant case against John Doe subscriber assigned IP address 67.245.25.11 claiming Defendant's direct infringement of Plaintiff's works through BitTorrent protocol.

On February 2, 2026, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion for Leave") in order to serve a third-party subpoena on Defendant's ISP.

As of the date of this filing, Plaintiff's Motion for Leave is still pending before the Court. Without permission to serve a third-party subpoena on Defendant's ISP, Plaintiff cannot learn Defendant's identity and, therefore, is currently unable to comply with the deadline to effect service of process.

Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effect service on the Defendant no later than March 22, 2026. Because Defendant's identity is unknown to Plaintiff at this time, Plaintiff is unable to comply with the current deadline to effect service of process.

1

For the foregoing reasons, Plaintiff respectfully requests that the deadline to effect service of the summons and Amended Complaint on Defendant be extended for an additional sixty (60) days, and thus the deadline to effect service be extended to May 21, 2026.

Respectfully Submitted,

By: /s/*Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
jjames@jacquelinejameslaw.com

2